1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

　　　　　　　　　Plaintiff,

　　　　v.

PACIFIC COUNTY *et al.*,

　　　　　　　　　Defendants.

Case No.  C05-5711RBL

ORDER ADOPTING
REPORT AND
RECOMMENDATION

　　　The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of

Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the

remaining record, does hereby find and ORDER:

　　　(1)　　The Court adopts the Report and Recommendation;

　　　(2)　　Pacific Counties motion for summary judgment is Granted.  This defendant is
　　　　　　 **DISMISSED WITH PREJUDICE**.

　　　(3)　　The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants
　　　　　　 and to the Hon. Karen L. Strombom.

　　　DATED this 17th day of May, 2006.

　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
Page - 1