UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

    Plaintiff,

v.

PACIFIC COUNTY *et al.*,

    Defendants.

Case No. C05-5711RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     The City of Long Beach's motion for summary judgment is **GRANTED**. This defendant is **DISMISSED**. All claims barred by the fact that plaintiff has not prevailed in a habeas challenge to his conviction are denied without prejudice. All other claims are denied with prejudice. As there are no remaining defendants the action is dismissed.

(3)     The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants and to the Hon. Karen L. Strombom.

DATED this 4th day of October, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1